```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 14071
    JAMES D DEGRANE
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-1997


--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/31/2006 and was confirmed 02/08/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 02/07/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG     10669.92            .00       10669.92
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE      8762.72            .00            .00
CITY OF CHICAGO WATER DE  SECURED             411.01            .00         114.20
HSBC AUTOMOTIVE FINANCE   SECURED VEHIC     11929.00         409.33        3440.17
COUNTRYWIDE HOME LENDING  NOTICE ONLY       NOT FILED           .00            .00
AT&T                      UNSEC W/INTER       348.37            .00            .00
AT&T WIRELESS             NOTICE ONLY       NOT FILED           .00            .00
BANK OF AMERICA/FIA CARD  UNSEC W/INTER      2583.57            .00            .00
COMMUNITY HOSPITAL ANEST  UNSEC W/INTER     NOT FILED           .00            .00
COMMUNITY HOSPITAL UNIVE  UNSEC W/INTER     NOT FILED           .00            .00
ASSET ACCEPTANCE LLC      UNSEC W/INTER       588.85            .00            .00
MARATHON PETROLEUM COMAP  NOTICE ONLY       NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER     NOT FILED           .00            .00
HSBC AUTOMOTIVE FINANCE   UNSEC W/INTER       935.78            .00            .00
INTERNAL REVENUE SERVICE  PRIORITY          NOT FILED           .00            .00
D PATRICK MULLARKEY       NOTICE ONLY       NOT FILED           .00            .00
D PATRICK MULLARKEY       NOTICE ONLY       NOT FILED           .00            .00
INTERNAL REVENUE SERVICE  NOTICE ONLY       NOT FILED           .00            .00
INTERNAL REVENUE SERVICE  NOTICE ONLY       NOT FILED           .00            .00
US ATTORNEYS OFFICE       NOTICE ONLY       NOT FILED           .00            .00
US ATTORNEYS OFFICE       NOTICE ONLY       NOT FILED           .00            .00
DANA DEGRANE              NOTICE ONLY       NOT FILED           .00            .00
TIMOTHY K LIOU            DEBTOR ATTY         1,325.20                     1,134.82
TOM VAUGHN                TRUSTEE                                          1,071.56
DEBTOR REFUND             REFUND                                                .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               16,840.00
```

PAGE 1 - CONTINUED ON NEXT PAGE
CASE NO. 06 B 14071 JAMES D DEGRANE

```
PRIORITY                                                              .00
SECURED                                                         14,224.29
    INTEREST                                                       409.33
UNSECURED                                                             .00
ADMINISTRATIVE                                                   1,134.82
TRUSTEE COMPENSATION                                             1,071.56
DEBTOR REFUND                                                         .00
                                      ---------------    ---------------
TOTALS                                      16,840.00          16,840.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 05/27/08                          /s/ Tom Vaughn
                                         _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE